Preference granted for October 5, 1926. Present— Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings, etc., to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, Deceased.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILSON & CO. v. NEW YORK VEAL AND MUTTON COMPANY.— Motion granted as indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANCIS JOSEPH MARRIN v. MARTENA MONROE (Also Known as MARTENA WATT) and ABRAHAM MONROE.— Motion denied, with ten dollars costs, and injunction contained in order to show cause vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HAROLD HOPKINSON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the finding of the jury on the issue of probable cause is against the weight of the evidence. Present — Clarke, P. J., Dowling, Finch, McAvoy and Wagner, JJ.

HERBERT SMALL, Suing on Behalf of Himself, etc., Respondent, v. EMPIRE TRUST COMPANY, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES THOMPSON & CO., INC., Appellant, v. WILLIAM R. BERRYMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CAROLINA NEWMAN, Appellant, v. FREDERICK W. HAMBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX COHEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA SMITH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of AMERICAN TRADING COMPANY, to Vacate Award in Arbitration Proceedings between AMERICAN TRADING COMPANY, Appellant, and CRAWFORD, HAMMOND & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of AMERICAN TRADING COMPANY, to Vacate Award in Arbitration Proceedings between AMERICAN TRADING COMPANY, Appellant, and CRAWFORD, HAMMOND & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARTHA CONVERY, Respondent, v. THE CUNARD STEAMSHIP COMPANY, LTD., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.